DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Slavin v. Town of Oak Island<br><br>Case below:<br>160 N.C. App. 57 | No. 535P03 | 1. Plts' NOA Based Upon a Constitutional Question (COA02-671)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| State v. Adams<br><br>Case below:<br>159 N.C. App. 676 | No. 485A03 | 1. Def's NOA (Constitutional Question) (COA02-1023)<br><br>2. AG's Motion to Dismiss Appeal for Lack of Substantial Constitutional Question | 1. ——<br><br>2. Allowed |
| State v. Barton<br><br>Case below:<br>159 N.C. App. 467 | No. 511P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1675) | Denied |
| State v. Cole<br><br>Case below:<br>160 N.C. App. 415 | No. 557P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-850)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Crooks<br><br>Case below:<br>151 N.C. App. 297 | No. 577P03 | 1. Def's PWC to Review the Decision of the COA (COA01-1061)<br><br>2. Def's Motion to Amend Petition | 1. Denied<br><br>2. Allowed |
| State v. Daniels<br><br>Case below:<br>Mecklenburg County Superior Court | No. 506A90-4 | 1. Def's Motion for Temporary Stay of Execution<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PWC to Review the Order of the Superior Court | 1. Denied **11/13/03**<br><br>2. Denied **11/13/03**<br><br>3. Denied **11/13/03** |
| State v. Davis<br><br>Case below:<br>159 N.C. App. 229 | No. 454P03 | 1. Def's PWC to Review the Decision of the COA (COA02-1537) (Filed as PDR)<br><br>2. Def's PWC to Review the Decision of the COA (Filed as NOA Based Upon a Constitutional Question)<br><br>3. AG's Motion to Dismiss Appeal (Appeal Docketed as PWC-D) | 1. Denied<br><br>2. ——<br><br>3. Allowed |
| State v. Diaz<br><br>Case below:<br>155 N.C. App. 307 | No. 581P03 | Def's (Lopez) PWC to Review the Decision of the COA (COA02-145) | Denied |